IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 12 CR 50046-1 |
| | ) | Judge Frederick J. Kapala |
| JASON NICOSON, | ) | |
| Defendant. | ) | |

**NOTICE OF APPEAL**

Notice is hereby given that the Defendant in the above named case, JASON NICOSON, by the Federal Defender Program and his attorney, CAROL A. BROOK, files an appeal to the United States Court of Appeals for the Seventh Circuit from the final order of the District Court entered on June 18, 2014

Dated at Rockford, Illinois on June 30, 2014.

                                                  Respectfully submitted,
                                                JASON NICOSON, Defendant

                                                _____/s_____
                                                CAROL A. BROOK

FEDERAL DEFENDER PROGRAM
55 E. Monroe St. 2800
Chicago, IL 60603
(312) 621-8300
Fax: (312)621-8399

## CERTIFICATE OF FILING AND SERVICE

The undersigned, counsel for the defendant-appellant JASON NICOSON, hereby certifies that on June 30, 2014 an electronic copy was filed with the Clerk of the Court for the United States District Court for the Northern District of Illinois, Western Division by using the CM/ECF system. Counsel further certifies that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated this 30th day of June, 2014 at Rockford, Illinois;

    /s Paul E. Gaziano
FEDERAL DEFENDER PROGRAM
Carol A. Brook
Executive Director

By:   Paul E. Gaziano
       55 E. Monroe St., Ste.2800
       Chicago, IL 60603
       (815) 961-0800