PROTO

# United States District Court
## Northern District of Illinois – CM/ECF LIVE, Ver 6,1 (Rockford)
### CRIMINAL DOCKET FOR CASE #: 3:12–cr–50046–1

| | |
|---|---|
| Case title: USA v. Nicoson | Date Filed: 08/07/2012 |
| | Date Terminated: 06/18/2014 |

Assigned to: Honorable Frederick J. Kapala
Referred to: Honorable Iain D. Johnston

### Defendant (1)

**Jason Nicoson**  represented by  **Paul Edmund Gaziano**
*TERMINATED: 06/18/2014*            Federal Defender Program
                                    202 W.State Street, Ste. 600
                                    Rockford, IL 61101
                                    (815) 961–0800
                                    Fax: (815) 961–0813
                                    Email: Paul_Gaziano@fd.org
                                    *LEAD ATTORNEY*
                                    *ATTORNEY TO BE NOTICED*
                                    *Designation: Public Defender or Community Defender Appointment*

### Pending Counts                                                  ### Disposition

                                                                    The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 295 Months (240 Months on Count One and 55 Months on Count Two to be served consecutively). The defendant is remanded to the custody of the United States Marshal. Upon release from imprisonment, the defendant shall be on supervised release for a term of 5 Years (5 Years on Count One and 5 Years on Count Two to be served concurrently). The defendant shall make total restitution in the amount of $3,000.00. Schedule of payments. Preliminary order of forfeiture.

ACTIVITIES RE MATERIAL CONSTITUTING/CONTAINING CHILD PORNO
(1s)

ACTIVITIES RE MATERIAL CONSTITUTING/CONTAINING CHILD PORNO
(2s)

### Highest Offense Level (Opening)

Felony

### Terminated Counts                                               ### Disposition

ACTIVITIES RE MATERIAL CONSTITUTING/CONTAINING CHILD PORNO
(1–2)

ACTIVITIES RE MATERIAL CONSTITUTING/CONTAINING CHILD PORNO
(3)

ACTIVITIES RE MATERIAL
CONSTITUTING/CONTAINING
CHILD PORNO
(3s)

**Highest Offense Level (Terminated)**

Felony

**Complaints**                                              **Disposition**

None

**Plaintiff**

**USA**                             represented by   **Michael Love**
                                                      United States Attorney's Office
                                                      327 South Church Street
                                                      Rockford, IL 61101
                                                      (815) 987–4444
                                                      Email: michael.love@usdoj.gov
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **AUSA – Rockford**
                                                      U.S. Attorney's Office
                                                      327 South Church Street
                                                      Rockford, IL 61101
                                                      (815) 987–4444
                                                      Email: usailn.ecfrockford@usdoj.gov
                                                      *ATTORNEY TO BE NOTICED*

                                                      **MARS**
                                                      U.S. Marshal
                                                      327 South Church Street
                                                      Rockford, IL 61101
                                                      815–987–4259
                                                      Email: ILN–Rockford.Docket@usdoj.gov
                                                      *ATTORNEY TO BE NOTICED*

                                                      **PRO**
                                                      PROBATION OFFICE
                                                      327 South Church Street
                                                      Rockford, Il 61101
                                                      987–4362
                                                      Email: Intake_Docket_ILNP@ilnp.uscourts.gov
                                                      *ATTORNEY TO BE NOTICED*

                                                      **PTS**
                                                      Pretrial Services
                                                      327 South Church Street
                                                      Rockford, IL 61101
                                                      Email: ilnptdb_Court_Action_Notice@ilnpt.uscourts.gov
                                                      *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/07/2012 | 1 | INDICTMENT as to Jason Nicoson (1) count(s) 1–3; Forfeiture Allegation (jat, ) (Entered: 08/07/2012) |
| 08/07/2012 | 2 | DESIGNATION Sheet: FELONY (Category II). (jat, ) (Entered: 08/07/2012) |
| 08/07/2012 | 3 | MINUTE entry before the Honorable P. Michael Mahoney as to Jason Nicoson: The Grand Jury for the December 2011 Session, a quorum being present, returns |

| | | |
|---|---|---|
| | | the above−entitled indictment in open Court this date before Honorable Judge P. Michael Mahoney. Arraignment set for 8/9/2012 at 11:00 AM. The Clerk's Office is directed to issue a notice to appear.Docketing mailed notice (jat, ) (jp, ). (Entered: 08/07/2012) |
| 08/07/2012 | 4 | NOTICE of Arraignment as to Jason Nicoson [REDACTED] (jat, ) (Entered: 08/07/2012) |
| 08/07/2012 | 41 | INDICTMENT as to Jason Nicoson (1) count(s) 1−3 (ngm, ) (Main Document 41 replaced on 1/15/2014) (ngm, ). (Entered: 01/15/2014) |
| 08/08/2012 | 5 | PRETRIAL Bail Report as to Jason Nicoson (SEALED) (tf, ) (Entered: 08/08/2012) |
| 08/09/2012 | | ORAL MOTION by Jason Nicoson for time to October 5, 2012 to file pretrial motions(jat, ) (Entered: 08/09/2012) |
| 08/09/2012 | | ORAL MOTION by USA as to Jason Nicoson for the time of August 9, 2012 to and including October 5, 2012 to be deemed excludable under 18 USC 3161(h)(7)(b)(i)(jat, ) (Entered: 08/09/2012) |
| 08/09/2012 | 6 | MINUTE entry before the Honorable P. Michael Mahoney as to Jason Nicoson : Arraignment/initial appearance proceedings held. Defendant appears in response to notice. Paul Gaziano appointed as counsel. Defendant enters plea of not guilty to indictment. Defendant informed of rights. 16. 1 conference to be held by and financial affidavit due by August 16, 2012. Defendant's oral motion for time to October 5, 2012 to file pretrial motions is granted. USA's oral motion for the time of August 9, 2012 to and including October 5, 2012 to be deemed excludable under 18 USC 3161(h)(7)(b)(i) (X−T) is granted. Defendant stipulates to excludable time. Status hearing set for October 5, 2012 at 11:00 am. Detention hearing held. Enter order setting conditions of release. Docketing mailed notice (jat, ) (Entered: 08/09/2012) |
| 08/09/2012 | 7 | ORDER Setting Conditions of Release as to Jason Nicoson in amount of $ 4,500 −Own Recognizance Signed by the Honorable P. Michael Mahoney on 8/9/12. (jat, ) (Entered: 08/09/2012) |
| 08/09/2012 | 8 | APPEARANCE Bond as to Jason Nicoson in amount of $ 4,500 −Own Recognizance, (jat, ) (Entered: 08/09/2012) |
| 08/10/2012 | 9 | ATTORNEY Appearance for defendant Jason Nicoson by Paul Edmund Gaziano (Gaziano, Paul) (Entered: 08/10/2012) |
| 08/17/2012 | 10 | MOTION by USA for protective order as to Jason Nicoson (Attachments: # 1 Text of Proposed Order)(Love, Michael) (Entered: 08/17/2012) |
| 08/22/2012 | 11 | MINUTE entry before the Honorable P. Michael Mahoney: as to Jason Nicoson (1): USA's Motion for protective order 10 is granted. Enter protective order. Mailed notice (glg, ) (Entered: 08/22/2012) |
| 08/22/2012 | 12 | PROTECTIVE Order as to Jason Nicoson signed by the Honorable P. Michael Mahoney on 8/21/12. (jmm−r, ) (Entered: 08/22/2012) |
| 09/25/2012 | 13 | MOTION by Jason Nicoson to modify conditions of release (Gaziano, Paul) (Entered: 09/25/2012) |
| 09/26/2012 | 14 | MINUTE entry before the Honorable Frederick J. Kapala as to Jason Nicoson : Agreed motion by defendant, Jason Nicoson, to modify the conditions of his pre−trial release 13 is granted. Conditions of release are amended to allow defendant to advise his pretrial officer of his work hours and that the curfew requirement is modified to allow him for employment purposes only to be away from his home during hours of employment. In all other respects, the conditions of release should remain in full force and effect. Electronic notices. (jmm−r, ) (Entered: 09/26/2012) |
| 10/05/2012 | | ORAL MOTION by Jason Nicoson for an extension of time to November 13, 2012 to file pretrial motions(jat, ) (Entered: 10/05/2012) |

| | | |
|---|---|---|
| 10/05/2012 | | ORAL MOTION by USA as to Jason Nicoson for the time of October 5, 2012 to and including November 13, 2012 to be deemed excludable under 18 USC 3161(h)(7)(b)(i)(jat, ) (Entered: 10/05/2012) |
| 10/05/2012 | 15 | MINUTE entry before the Honorable P. Michael Mahoney as to Jason Nicoson: Status hearing held. Defendant's oral motion for an extension of time to November 13, 2012 to file pretrial motions is granted. USA's oral motion for the time of October 5, 2012 to and including November 13, 2012 to be deemed excludable under 18 USC 3161(h)(7)(b)(i) (X–T) is granted. Defendant stipulates to excludable time. Status hearing set for November 13, 2012 at 11:00 am. Notices mailed by Judicial staff. (jat, ) (Entered: 10/05/2012) |
| 11/13/2012 | | MOTION (Oral) by Jason Nicoson for an extension of time to 12/17/12 to file pretrial motions (jmm–r, ) (Entered: 11/13/2012) |
| 11/13/2012 | | MOTION (Oral) by USA for the time of 11/13/12 to and including 12/17/12 to be deemed excludable under 18 USC 3161(h)(7)(b)(i) as to Jason Nicoson (jmm–r, ) (Entered: 11/13/2012) |
| 11/13/2012 | 16 | MINUTE entry before the Honorable P. Michael Mahoney as to Jason Nicoson : Status hearing held. Defendant's oral motion for an extension of time to December 17, 2012 to file pretrial motions is granted. USA's oral motion for the time of November 13, 2012 to and including December 17, 2012 to be deemed excludable under 18 USC 3161(h)(7)(b)(i) (X–T) is granted. Defendant stipulates to excludable time. Status hearing set for December 17, 2012 at 11:00 am. Notices mailed by Judicial staff. (jmm–r, ) (Entered: 11/13/2012) |
| 12/17/2012 | | MOTION (Oral) by Jason Nicoson for an extension of time to 1/22/13 to file pretrial motions (jmm–r, ) (Entered: 12/17/2012) |
| 12/17/2012 | | MOTION (Oral) by USA for the time of 12/17/12 to and including 1/22/13 to be deemed excludable under 18 USC 3161(h)(7)(b)(i) as to Jason Nicoson (jmm–r, ) (Entered: 12/17/2012) |
| 12/17/2012 | 17 | MINUTE entry before the Honorable P. Michael Mahoney as to Jason Nicoson : Status hearing held. Defendant's oral motion for an extension of time to January 22, 2013 to file pretrial motions is granted. USA's oral motion for the time of December 17, 2012 to and including January 22, 2013 to be deemed excludable under 18 USC 3161(h)(7)(b)(i) (X–T) is granted. Defendant stipulates to excludable time. Status hearing set for January 22, 2013 at 11:00 am. Notices mailed by judge's staff. (jmm–r, ) (Entered: 12/17/2012) |
| 01/22/2013 | | MOTION (Oral) by Jason Nicoson for an extension of time to 2/19/13 to file pretrial motions (jmm–r, ) (Entered: 01/22/2013) |
| 01/22/2013 | | MOTION (Oral) by USA for the time of 1/22/13 to and including 2/19/13 to be deemed excludable under 18 USC 3161(h)(7)(b)(i) as to Jason Nicoson (jmm–r, ) (Entered: 01/22/2013) |
| 01/22/2013 | 18 | MINUTE entry before the Honorable P. Michael Mahoney as to Jason Nicoson : Status hearing held. Defendant's oral motion for an extension of time to February 19, 2013 to file pretrial motions is granted. USA's oral motion for the time of January 22, 2013 to and including February 19, 2013 to be deemed excludable under 18 USC 3161(h)(7)(b)(i) (X–T) is granted. Defendant stipulates to excludable time. Status hearing set for February 19, 2013 at 11:00 am. Notices mailed by Judicial staff. (jmm–r, ) (Entered: 01/22/2013) |
| 02/19/2013 | | MOTION (Oral) by Jason Nicoson for an extension of time to 4/03/13 to file pretrial motions (jmm–r, ) (Entered: 02/19/2013) |
| 02/19/2013 | | MOTION (Oral) by USA for the time of 2/19/13 to and including 4/03/13 to be deemed excludable under 18 USC 3161(h)(7)(b)(i) as to Jason Nicoson (jmm–r, ) (Entered: 02/19/2013) |
| 02/19/2013 | 19 | MINUTE entry before the Honorable P. Michael Mahoney as to Jason Nicoson : Status hearing held. Defendant's oral motion for an extension of time to April 3, 2013 to file pretrial motions is granted. USA's oral motion for the time of February 19, 2013 to and including April 3, 2013 to be deemed excludable under 18 USC |

| | | |
|---|---|---|
| | | 3161(h)(7)(b)(i) (X–T) is granted. Defendant stipulates to excludable time. Status hearing set for April 3, 2013 at 11:00 am. Notices mailed by Judicial staff. (jmm–r, ) (Entered: 02/19/2013) |
| 04/03/2013 | | MOTION (oral) by Jason Nicoson for extension of time to April 17, 2013 to file pretrial motions (pg, ) (Entered: 04/03/2013) |
| 04/03/2013 | | MOTION (oral) by USA for the time of April 3, 2013 to and including April 17, 2013 to be deemed excludable under 18 USC 3161(h)(7)(b)(i) (X–T) as to Jason Nicoson (pg, ) (Entered: 04/03/2013) |
| 04/03/2013 | 20 | MINUTE entry before the Honorable P. Michael Mahoney as to Jason Nicoson: Status hearing held. Defendant's oral motion for an extension of time to April 17, 2013 to file pretrial motions is granted. USA's oral motion for the time of April 3, 2013 to and including April 17, 2013 to be deemed excludable under 18 USC 3161(h)(7)(b)(i) (X–T) is granted. Defendant stipulates to excludable time. Status hearing set for April 17, 2013 at 11:00 am. Notice mailed by Judicial staff (pg, ) (Entered: 04/03/2013) |
| 04/17/2013 | | MOTION (Oral) by Jason Nicoson for an extension of time to 5/03/13 to file pretrial motions (jmm–r, ) (Entered: 04/17/2013) |
| 04/17/2013 | | MOTION (Oral) by USA for the time of 4/17/13 to and including 5/03/13 to be deemed excludable under 18 USC 3161(h)(7)(b)(i) as to Jason Nicoson (jmm–r, ) (Entered: 04/17/2013) |
| 04/17/2013 | 21 | MINUTE entry before the Honorable P. Michael Mahoney as to Jason Nicoson : Status hearing held. Counsel report defendant ready for transfer. Defendant is transferred to Judge Kapala's calendar. Defendant's oral motion for an extension of time to May 3, 2013 to file pretrial motions is granted. USA's oral motion for the time of April 17, 2013 to and including May 3, 2013 to be deemed excludable under 18 USC 3161(h)(7)(b)(i) (X–T) is granted. Defendant stipulates to excludable time. Status hearing set before Judge Kapala for May 3, 2013 at 10:00 am. Notices mailed by Judicial staff. (jmm–r, ) (Entered: 04/17/2013) |
| 04/19/2013 | 22 | MINUTE entry before the Honorable Frederick J. Kapalaas to Jason Nicoson: This court corrects a typographical error in Magistrate Mahoney's minute order of 4/17/13 as to time. The status hearing before Judge Kapala is set for 5/3/2013 at 9:00 a.m. (NOT 10:00 a.m.). The remainder of the minute order is unchanged. Mailed notice (sb, ) (Entered: 04/19/2013) |
| 05/03/2013 | 23 | MINUTE entry before the Honorable Frederick J. Kapalaas to Jason Nicoson: Status hearing held. Change of Plea Hearing set for May 20, 2013 at 10:30 a.m. Electronic notice (sb, ) (Entered: 05/03/2013) |
| 05/20/2013 | 24 | MINUTE entry before the Honorable Frederick J. Kapala as to Jason Nicoson : Change of plea hearing held. Defendant enters a plea of guilty to Counts One &Two of the indictment. Defendant informed of rights. Judgment of guilty entered. Cause referred to the probation office for a presentence investigation. Sentencing hearing set for 2:30 p.m. on September 6, 2013. In accordance with the Statement below, any objection to the presentence investigation report and/or any sentencing memorandum due by August 23, 2013, and any response by the opposing side due August 30, 2013. Defendant's bond to stand. (For further details see minute order.) Notices mailed by Judicial staff. (jmm–r, ) (Entered: 05/20/2013) |
| 05/20/2013 | 25 | PLEA Agreement as to Jason Nicoson (jmm–r, ) (Entered: 05/20/2013) |
| 08/01/2013 | 26 | PRESENTENCE Investigation Report as to Jason Nicoson (SEALED) (Attachments: # 1 Supplement Plea Agreement, # 2 Supplement Indictment)(Schmitz, Susan) (Entered: 08/01/2013) |
| 08/20/2013 | 28 | MOTION by Jason Nicoson to continue *sentencing hearing* (Gaziano, Paul) (Entered: 08/20/2013) |
| 08/26/2013 | 29 | MINUTE entry before the Honorable Frederick J. Kapala as to Jason Nicoson (1):Defendant's joint motion to continue sentencing hearing 28 is granted. Sentencing hearing set for September 6, 2013 is reset to 2:30 p.m. on October 30, 2013. Any objections to presentence investigation report and/or any sentencing |

| | | |
|---|---|---|
| | | memorandum due by October 16, 2013. Any response due by October 23, 2013. Mailed notice (sb, ) (Entered: 08/26/2013) |
| 08/28/2013 | 30 | MINUTE entry before the Honorable Frederick J. Kapala as to Jason Nicoson: Due to the court's schedule, sentencing hearing reset as to time only to 10/30/2013 at 9:30 a.m. Mailed notice (sb, ) (Entered: 08/28/2013) |
| 10/15/2013 | 31 | MOTION by USA to Bifurcate Sentencing as to Jason Nicoson (Love, Michael) (Entered: 10/15/2013) |
| 10/15/2013 | 32 | ORDER as to Jason Nicoson : The parties' agreed motion to bifurcate sentencing 31 is granted. The parties should be prepared to present all arguments and evidence regarding the guidelines calculations at that time, after which the court will order post–hearing briefing and a new sentencing date. Signed by the Honorable Frederick J. Kapala on 10/15/2013. Mailed notice (jp, ) (Entered: 10/15/2013) |
| 10/24/2013 | 33 | MINUTE entry before the Honorable Frederick J. Kapala as to Jason Nicoson: Pursuant to unopposed request of defense counsel, sentencing hearing set for October 30, 2013 is canceled. Parties to contact this court's courtroom deputy to reschedule the sentencing hearing. Mailed notice (sb, ) (Entered: 10/24/2013) |
| 11/21/2013 | 34 | MINUTE entry before the Honorable Frederick J. Kapala as to Jason Nicoson: Sentencing hearing set for December 20, 2013 at 2:30 p.m. Mailed notice (sb, ) (Entered: 11/21/2013) |
| 12/19/2013 | 35 | PRETRIAL Status Report as to Jason Nicoson (SEALED) (Fegre, Traci) (Entered: 12/19/2013) |
| 12/20/2013 | 36 | Hearing Exhibit List by USA as to Jason Nicoson (Love, Michael) (Entered: 12/20/2013) |
| 12/20/2013 | 37 | MINUTE entry before the Honorable Frederick J. Kapala as to Jason Nicoson: Sentencing hearing held. United States' post–hearing brief due January 15, 2014. Defendant's post–hearing brief due January 29, 2014. Any reply due February 5, 2014. Mailed notice (sb, ) (Entered: 12/23/2013) |
| 12/20/2013 | | ORAL MOTION by Jason Nicoson to modify conditions of pretrial release (sb, ) (Entered: 12/23/2013) |
| 12/20/2013 | 38 | MINUTE entry before the Honorable Frederick J. Kapala as to Jason Nicoson: Defendant's oral motion to modify conditions of pretrial release to allow him to travel to Machesney Park, Illinois for a holiday family gathering on December 24, 2013 from 3:00 p.m. to 10:00 p.m. is granted. Mailed notice (sb, ) (Entered: 12/23/2013) |
| 01/10/2014 | 39 | TRANSCRIPT OF PROCEEDINGS as to Jason Nicoson held on 12–20–13, before the Honorable Frederick J. Kapala. Court Reporter Contact Information: mary_lindbloom@ilnd.uscourts.gov. <br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. <br><br>Redaction Request due 1/31/2014. Redacted Transcript Deadline set for 2/10/2014. Release of Transcript Restriction set for 4/10/2014. (Lindbloom, Mary) (Entered: 01/10/2014) |
| 01/14/2014 | 40 | SENTENCING MEMORANDUM as to Jason Nicoson (Love, Michael) (Entered: 01/14/2014) |
| 01/29/2014 | 42 | RESPONSE by Jason Nicoson to sentencing memorandum 40 (Gaziano, Paul) (Entered: 01/29/2014) |
| 02/25/2014 | 43 | CHARACTER Reference Letters as to Jason Nicoson (SEALED) (Schmitz, Susan) (Entered: 02/25/2014) |

| | | |
|---|---|---|
| 04/09/2014 | 44 | MEMORANDUM Opinion and Order as to Jason Nicoson: Government's objection to the presentence investigation report 40 is sustained. Pursuant to Fed. R. Crim. P. 32(h), the court hereby gives notice of a possible departure from the sentencing guidelines calculated in the presentence investigation report as set forth below. Case set for status hearing on 4/11/2014 at 9:00 a.m. [See STATEMENT] Signed by the Honorable Frederick J. Kapala on 4/9/14. (jp, ) (Entered: 04/09/2014) |
| 04/11/2014 | 45 | ORDER as to Jason Nicoson: Status hearing held and continued to 9:00 a.m. on May 9, 2014. Defendant to file supplemental sentencing memorandum by May 1, 2014. United States to file response by May 8, 2014. Defendants oral motion to modify bond to allow defendant to spend one hour per day outside in his yard is granted. Signed by the Honorable Frederick J. Kapala on 4/11/14. (jp, ) (Entered: 04/14/2014) |
| 05/02/2014 | 46 | SENTENCING MEMORANDUM as to Jason Nicoson (Gaziano, Paul) (Entered: 05/02/2014) |
| 05/07/2014 | 47 | EXECUTIVE COMMITTEE ORDER: Case It appearing that, effective May 1, 2014, Magistrate Judge P. Michael Mahoney retired from service as a recalled magistrate judge sitting in the Western Division of this Court; therefore It is hereby ordered that 05 CR 50078, United States v. Pasillas, 08 CR 50010, United States v. Caudel, 08 CR 50021, United States v. Valdez–Calixto, 09 CR 50042, United States v. Leon de Carol, and 12 CR 50054, United States v. Suppressed, complaint–level proceedings previously assigned to Judge Mahoney, are to be reassigned to Magistrate Judge Iain D. Johnston. It is further ordered that the criminal cases on the attached list, previously referred to Magistrate Judge Mahoney, are to be referred to Magistrate Judge Johnston. (td, ) (Entered: 05/07/2014) |
| 05/09/2014 | 48 | MINUTE entry before the Honorable Frederick J. Kapala as to Jason Nicoson: Status hearing held. Sentencing set for 5/28/2014 at 9:30 AM. Mailed notice (sb, ) (Entered: 05/09/2014) |
| 05/09/2014 | 49 | RESPONSE by USA to sentencing memorandum 46 (Love, Michael) (Entered: 05/09/2014) |
| 05/22/2014 | 50 | PRESENTENCE Investigation Report (Supplemental) as to Jason Nicoson (SEALED) (Schmitz, Susan) (Entered: 05/22/2014) |
| 05/23/2014 | 51 | MOTION by Jason Nicoson to continue *Sentencing Hearing (Unopposed)* (Gaziano, Paul) (Entered: 05/23/2014) |
| 05/27/2014 | 52 | MINUTE entry before the Honorable Frederick J. Kapala as to Jason Nicoson:Defendant's unopposed motion to continue 51 is granted. Sentencing hearing set for May 28, 2014 is canceled and reset to 2:30 p.m. on June 13, 2014. Mailed notice (sb, ) (Entered: 05/27/2014) |
| 06/09/2014 | 53 | MOTION by USA for forfeiture as to Jason Nicoson (Attachments: # 1 Text of Proposed Order Proposed Order)(Love, Michael) (Entered: 06/09/2014) |
| 06/09/2014 | 54 | NOTICE of Motion by Michael Love for presentment of motion for forfeiture 53 before Honorable Frederick J. Kapala on 6/13/2014 at 02:30 PM. (Love, Michael) (Entered: 06/09/2014) |
| 06/10/2014 | 55 | PRESENTENCE Investigation Report (Supplemental) as to Jason Nicoson (SEALED) (Schmitz, Susan) (Entered: 06/10/2014) |
| 06/13/2014 | 56 | MINUTE entry before the Honorable Frederick J. Kapala as to Jason Nicoson: Sentencing hearing held. United States' agreed motion for entry of preliminary order of forfeiture 53 is granted. Judgment in a Criminal Case to enter. Mailed notice (sb, ) (Entered: 06/18/2014) |
| 06/18/2014 | 57 | JUDGMENT (Sentencing Order) as to Jason Nicoson (1), Count(s) 1s, 2s; The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 295 Months (240 Months on Count One and 55 Months on Count Two to be served consecutively). The defendant is remanded to the custody of the United States Marshal. Upon release from |

| | | |
|---|---|---|
| | | imprisonment, the defendant shall be on supervised release for a term of 5 Years (5 Years on Count One and 5 Years on Count Two to be served concurrently). The defendant shall make total restitution in the amount of $3,000.00. Schedule of payments. Preliminary order of forfeiture. Counts 1, 2, 3, 3s, Any and all remaining counts are dismissed on the motion of the United States. Jason Nicoson terminated. Signed by the Honorable Frederick J. Kapala on 6/18/2014. (jp, ) (Entered: 06/19/2014) |
| 06/18/2014 | 58 | STATEMENT of Reasons as to Jason Nicoson (SEALED) (jp, ) (Entered: 06/19/2014) |
| 06/18/2014 | | JUDGMENT and Commitment as to Jason Nicoson issued to U.S. Marshal (jp, ) (Entered: 06/19/2014) |
| 06/24/2014 | 59 | STATEMENT of Correction as to Jason Nicoson (SEALED) (Schmitz, Susan) (Entered: 06/24/2014) |